

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00378-CV

| | | |
|---|---|---|
| WISE COUNTY, TEXAS; COMMISSIONERS COURT OF WISE COUNTY, TEXAS; AND DANNY WHITE, COUNTY COMMISSIONER, PRECINCT ONE, WISE COUNTY, TEXAS, Appellants | § | On Appeal from the 271st District Court |
| | § | of Wise County (CV18-06-475) |
| | § | August 8, 2019 |
| V. | | |
| KATHERINE MASTROPIERO, Appellee | § | Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Wade Birdwell
      Justice Wade Birdwell